**Larry T. WRIGHT, Appellant,**

v.

**KIEWIT INDUSTRIAL, Appellee,**

**R.F. Fisher Electric Co., Defendant.**

**No. 11–3551.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 20, 2012.

Filed: April 24, 2012.

Larry T. Wright, Kansas City, MO, pro se.

Heather M. Lake, Kimberly F. Seten, Constangy & Brooks, Kansas City, MO, for Appellee.

[UNPUBLISHED]

PER CURIAM.

Larry T. Wright appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Upon careful de novo review, *see Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir.) (en banc), *cert. denied,* —— U.S. ——, 132 S.Ct. 513, 181 L.Ed.2d 349 (2011), this court concludes that the grant of summary judgment was proper for the reasons stated by the district court.

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.